UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO RODRIGUEZ,

                    Plaintiff,

          -against-

NEW YORK CITY HOUSING AUTHORITY,

                    Defendant.

---

25-cv-3766 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On May 1, 2025, the pro se plaintiff brought this action, alleging that the defendant violated his rights in employment. On June 3, 2025, the plaintiff paid the filing fee. Because the filing fee was not paid when this case was brought, the summons has not issued.

The Clerk of Court is directed to issue the summons in this case. The Clerk is also directed to notify the New York City Law Department of this Order. The Court requests that the defendant New York City Housing Authority waive service.

Because this is a fee-paid case, if the defendant does not waive service of the summons and complaint, the plaintiff is obligated to effect service of the summons and complaint on the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Pursuant to Rule 4(m), the time for the plaintiff to effect service of the summons and the complaint on the defendant is **July 30, 2025.**

SO ORDERED.

Dated: June 4, 2025
        New York, New York

_____
JOHN G. KOELTL
United States District Judge