```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ERNESTO RODRIGUEZ,

                Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

25-cv-3766 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 4, 2025, the Court issued an Order of Service directing the Clerk to issue the summons in this case. ECF No. 6. The Court also directed the Clerk to notify the New York City Law Department of this Order, and requested that the defendant New York City Housing Authority waive service. Id. The defendant has not waived service or otherwise appeared in this action.

The time for the plaintiff to serve the summons and complaint is extended to **August 22, 2025**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk is respectfully directed to notify the New York City Law Department of this Order. The Court requests that the defendant waive service.

**SO ORDERED.**

**Dated:**   **New York, New York**
      **August 8, 2025**

_____
John G. Koeltl
United States District Judge