```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

ERNESTO RODRIGUEZ,

                Plaintiff,

   - against -

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

───────────────────────────────────

25-cv-3766 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to **September 12, 2025.** If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk is respectfully directed to notify the New York City Law Department of this Order. The Court requests the defendant to waive service.

The Clerk is requested to close ECF No. 10.

**SO ORDERED.**

Dated:    New York, New York
           August 21, 2025

                                  /s/ John G. Koeltl
                                    **John G. Koeltl**
                          **United States District Judge**