UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO RODRIGUEZ,

               Plaintiff,           25-cv-3766 (JGK)

      - against -               ORDER

NEW YORK CITY HOUSING AUTHORITY

               Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 30, 2025.

SO ORDERED.

Dated:    New York, New York
          September 16, 2025

                                                  _____
                                                     John G. Koeltl
                                        United States District Judge