UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO RODRIGUEZ,<br><br>    Plaintiff,<br><br> -against-<br>NEW YORK CITY HOUSING AUTHORITY,<br><br>    Defendant. | 25-CV-03766 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Tuesday, December 2, 2025 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

  If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov **November 3, 2025**, to propose three alternative dates and times for the settlement conference during the week of December 1, 2025.

  The pro se plaintiff and counsel for defendant are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **November 24, 2025**, **at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: October 14, 2025        SO ORDERED.
     New York, NY

                     ROBYN F. TARNOFSKY
                     United States Magistrate Judge